JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILLIAN DENALI GRIFFIN,<br>Plaintiff,<br>v.<br>GENERAL MOTORS LLC, et al.,<br>Defendants. | Case No. CV 25-8160-GW-PDx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: September 10, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE